Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−24950−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ilse M Belcher
  384 Valley Road
  Watchung, NJ 07069

Social Security No.:
  xxx−xx−9251

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

  Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: October 16, 2017
JAN: admi

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                         Case No. 17-24950-MBK
Ilse M Belcher                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 1                  Date Rcvd: Oct 16, 2017
                              Form ID: finmgtc              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2017.
db         +Ilse M Belcher,    384 Valley Road,    Watchung, NJ 07069-6040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 16 2017 22:38:04     U.S. Attorney,   970 Broad St.,    Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 16 2017 22:38:01     United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ 07102-5235
                                                                                                                                                                                                                          TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2017 at the address(es) listed below:
           Albert Russo     docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York successor in interest to JP Morgan Chase Bank   as Trustee for GSAA Home Equity Trust 2004-4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           John F. Bracaglia, Jr.    on behalf of Debtor Ilse M Belcher brokaw@centraljerseylaw.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                              TOTAL: 4