UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

John F. Bracaglia, Jr., Esq.
Savo, Schalk, Gillespie, O'Grodnick & Fisher
77 North Bridge Street
Somerville, NJ  08876
(908) 526-0707
Attorney for Debtor

| In Re: | Case No.: | 17-24950 |
|---|---|---|
| Ilse M. Belcher | Judge: | MBK |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by  The Bank of New York Mellon ,
    creditor,

    A hearing has been scheduled for ____December 19, 2017____, at 10:00 a.m..

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _____16,000_____, but have not
    been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer):

Debtor's plan proposes a mortgage modification with adequate protection payments of $3,200.  Debtor has made all adequate protection payments to date. Debtor's attorney is holding these funds in his firm's trust account.  Payments can be forwarded to the lender or lender's attorney right away.

3.       This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.       I certify under penalty of perjury that the above is true.

Date: 12/11/17                                              /s/ Ilse M. Belcher
                                                            Debtor's Signature

Date: 12 – 11 – 17                                          Debtor's Signature

**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*





ILSE BELCHER

795
55-760/0312
343

Pay to the Order of _Sayo Shalk Trust Acc_    9-4-17

Date    $ 3200 00/100

_Three Thousand Two Hundred_ Dollars

PNCBANK
PNC Bank, N.A.    060
New Jersey

For _Mortgage for 384 Valley fld_    Ilse M Belcher

Watchung

⑆031207607⑆

0795

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT.



ILSE BELCHER

797

55-760/0312
343

Pay to the
Order of _Sevo Schalk Trust Rd's_

Date _10-1-17_

$ 3,200 ⁰⁰

_Three Thousand Two Hundred_ Dollars

PNCBANK
PNC Bank, N.A.
New Jersey      060
Watchung

For _Mortgfor 384 Valley Rd._

⑆031207607⑆

0797



**ILSE BELCHER**

800
55-760/0312
343

Pay to the
Order of _Saro Schalk Trust Acc_

_Three Thousand Two Hundred_ ⸺ Dollars

Date _11-2-17_

$ 3200 ⸺

PNC Bank, N.A.
New Jersey    060

**PNCBANK**

Watchung

For _Horse for 384 Valley Rd_

Ilse M Belcher

0800

