UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.
Attorneys for Debtor
77 North Bridge Street
Somerville, NJ  08876
(908) 526-0707

Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ilse M. Belcher

Case No.: 17-24950

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED:** June 28, 2018

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____John F. Bracaglia, Jr._____, the applicant, is allowed a fee of $ _____1,200.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,200.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*