UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.
Attorneys for Debtor
77 North Bridge Street
Somerville, NJ  08876
(908) 526-0707

**Order Filed on June 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Ilse M. Belcher

Case No.: _____17-24950_____

Chapter: 13

Judge: _____MBK_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been
rendered, and no objections having been raised, it is:


ORDERED that _____John F. Bracaglia, Jr._____, the applicant, is allowed
a fee of $ _____1,200.00_____ for services rendered and expenses in the amount of
$_____0.00_____ for a total of $_____1,200.00_____ . The allowance is payable:

&#9746;  through the Chapter 13 plan as an administrative priority.

&#9744;  outside the plan.


The debtor's monthly plan is modified to require a payment of $_____ per month for
_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-24950-MBK
Ilse M Belcher                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin            Page 1 of 1          Date Rcvd: Jun 28, 2018
                             Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db              +Ilse M Belcher,   384 Valley Road,   Watchung, NJ 07069-6040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
        Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York
         successor in interest to JP Morgan Chase Bank  as Trustee for GSAA Home Equity Trust 2004-4
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        John F. Bracaglia, Jr.    on behalf of Debtor Ilse M Belcher brokaw@centraljerseylaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 5